AZARIAL B. PIERCE, Appellant, *v.* ORRIN H. TUTTLE, Respondent.

(Submitted September 29, 1873; decided January Term, 1874.)

· THIS was an action upon a contract by which plaintiff agreed to sell and convey to defendant certain premises by warranty deed free of incumbrances, save two mortgages specified, for the sum of $5,200, which defendant agreed to pay as specified.

57 a 637
154 727

There was another mortgage upon the premises. Plaintiff tendered a deed, defendant refused to accept or to complete the purchase. Plaintiff was nonsuited. *Held*, no error.

*G. O. Rathbun* for the appellant.

*Rollin Tracy* for the respondent.

GRAY, C., reads for affirmance.
All concur.
Judgment affirmed.